01
02
03
04
05

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| RONALD S. EMRIT, )<br>  ) CASE NO. C13-1402-RSM<br>    Plaintiff, )<br>  )<br>    v. ) ORDER DENYING IN FORMA<br>  ) PAUPERIS REQUEST<br>WASHINGTON STATE BAR )<br>ASSOCIATION, )<br>  )<br>    Defendant. )<br>_____ ) | |

The Court, having reviewed plaintiff's application to proceed *in forma pauperis* (IFP), the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's IFP application is DENIED due to plaintiff being financially ineligible. Plaintiff is directed to pay the full filing fee of $400 within **thirty (30) days** of the date of signature below:

(3) The Clerk shall file the complaint only on receipt of the filing fee. If no filing fee is paid within **thirty (30) days** of the date of this Order, the Clerk is directed to close the file;

ORDER DENYING IN
FORMA PAUPERIS REQUEST
PAGE -1

01 and

02     (4)    The Clerk is directed to send copies of this Order to plaintiff and to the

03 Honorable Mary Alice Theiler.

04     DATED this 2nd day of October 2013.

07     RICARDO S. MARTINEZ
08     UNITED STATES DISTRICT JUDGE

ORDER DENYING IN
FORMA PAUPERIS REQUEST
PAGE -2