01

02

03

04

05

06                              UNITED STATES DISTRICT COURT
                               WESTERN DISTRICT OF WASHINGTON
07                                        AT SEATTLE

08  RONALD S. EMRIT,                          )
                                              )   CASE NO. C13-1402-RSM
09          Plaintiff,                        )
                                              )
10          v.                                )   ORDER DENYING IN FORMA
                                              )   PAUPERIS REQUEST
11  WASHINGTON STATE BAR                      )
    ASSOCIATION,                              )
12                                            )
            Defendant.                        )
13  _____ )

14          The Court, having reviewed plaintiff's application to proceed *in forma pauperis* (IFP),

15  the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and

16  the remaining record, does hereby find and ORDER:

17          (1)     The Court adopts the Report and Recommendation;

18          (2)     Plaintiff's IFP application is DENIED due to plaintiff being financially

19  ineligible.   Plaintiff is directed to pay the full filing fee of $400 within **thirty (30) days** of the

20  date of signature below:

21          (3)     The Clerk shall file the complaint only on receipt of the filing fee. If no filing fee

22  is paid within **thirty (30) days** of the date of this Order, the Clerk is directed to close the file;

ORDER DENYING IN
FORMA PAUPERIS REQUEST
PAGE -1

01 │ and

02 │        (4)    The Clerk is directed to send copies of this Order to plaintiff and to the

03 │ Honorable Mary Alice Theiler.

04 │        DATED this 2nd day of October 2013.

05 │

06 │

07 │                 RICARDO S. MARTINEZ

08 │                 UNITED STATES DISTRICT JUDGE

09 │

10 │

11 │

12 │

13 │

14 │

15 │

16 │

17 │

18 │

19 │

20 │

21 │

22 │

ORDER DENYING IN
FORMA PAUPERIS REQUEST
PAGE -2